IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01509-LTB-MEH

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

ATTORNEYS TITLE GUARANTY FUND, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2011.**

    Defendant's Unopposed Motion to Extend Deadline to Designate Nonparties at Fault [filed September 7, 2011, docket #11] is **granted**. Defendant shall file nonparty designations **on or before October 17, 2011**. All other deadlines remain in effect.