IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01509-LTB-MEH

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

ATTORNEYS TITLE GUARANTY FUND, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2011.**

    The Parties' Joint Motion for Entry of Stipulated Protective Order [filed September 28, 2011; docket #18] is **granted**. The proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.