IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01509-LTB-MEH

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

ATTORNEYS TITLE GUARANTY FUND, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2012.**

    The Stipulated Motion for Confirmation Re: Stay [filed January 27, 2012; docket #36] is **granted in part and denied in part**. The Court confirms that the stay of proceedings applies to all pending deadlines, including the January 27, 2012 deadline for Defendant to designate non-parties at fault and the January 27, 2012 deadline for joinder of parties and amendment of pleadings. In accordance with the stay, the parties are directed to file a Status Report on or before **February 10, 2012** updating the Court on the status of their settlement negotiations. Finally, although the parties represent that the case is set for trial on March 18, 2012, the Court reminds the parties that the actual trial date is March 18, 2013.